# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - 4 | **DATE** | 7/9/2008 |
| **CASE TITLE** |  | USA vs. Crystal Jackson | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant, Crystal Jackson appears in response to arrest on 7/9/08. Helen J. Kim is appointed as counsel for defendant. Defendant informed of the charges against her and the maximum penalty, her right to remain silent, her right to represent herself, her right to hire her own attorney, her right to appointed counsel and her right to a preliminary hearing. Parties agree on bond. Enter Order Setting Conditions of Release. Defendant is released on $4,500.00 Own Recognizance Bond. Preliminary examination hearing is set for July 23, 2008 at 1:00 p.m.

Docketing to mail notices.

00:15

FILED
2008 JUL 10 PH 5:39
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|