# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ VS. _____

FILED JUL X 9 2008  7-9-08
AT MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Crystal Jackson

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate: _____
District Court: 08CR531-4
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

21 USC 841

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ 420   SOURCES: food stamps
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 3500   DESCRIPTION: Lincoln Continental 1998
VALUE: $ 7500   DESCRIPTION: Chevy Tahoe 2001

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

Relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent | | $ | $ 796 |
| utilities | | $ | $ 140 |
| car insurance | | $ | $ 234 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/9/08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ Crystal Jackson