# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CRYSTAL JACKSON

**MAGISTRATE JUDGE COLE**

WARRANT FOR ARREST

CASE NUMBER: 08 CR 521

~~UNDER SEAL~~

08 CR 531

08 CR 531

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CRYSTAL JACKSON___
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _X_Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with   (brief description of offense)

From at least in or about November 2006 until July 3, 2007 conspiring and agreeing with others, knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, at least 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title ___21___ United States Code, Section(s) 846.

| JEFFREY COLE | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | Date and Location |

FILED
8-4-08
AUG x 4 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/08/08 | ERIC R. KALEY | a R Kaley |
| DATE OF ARREST | SPECIAL AGENT | |
| 07/09/08 | FBI - CHICAGO | |